| | |
|---|---|
| COUNTY OF | INDEX # : 07CIV-8648 |
| UNITED STATES DISTRICT COURT | Date Filed: October 5, 2007 |
| DISTRICT: SOUTHERN DISTRICT OF NEW YORK | |

ATTORNEY(S): : PH:
ADDRESS: File No.:

*Yorktown Central School District*

*Plaintiff(s)/Petitioner(s)*

vs

*Monsanto Company, Phamracia Corporation, Pecora Corporation and John Does 1-20*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

_____John Pluchino_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___October 25, 2007___ at ___1:19pm___, at ___111 8th Avenue c/o CT Corp, New York, NY___, deponent served the within Summons in a Civil Action and Complaint Individual Practices of Judge P. Kevin Castel & 3rd Amended Instr. for E-Filing on: **Monsanto Company**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to ___Sabrina Ambrose___ personally, deponent knew the person so served to be the ___managing agent___ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

**#5 MAIL COPY** [ ] On ___, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: Female  Color of skin: Black  Color of hair: Red  Age: 21 - 35 Yrs.  Height: 5' 4" - 5' 8"
Weight: 131 - 160 Lbs.  Other Features: Glasses

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 OTHER** [ ]

Sworn to before me on   October 26, 2007

PATRICIA ROTHFRITZ
NOTARY PUBLIC, State of New York
01R06055503, Nassau County
Term Expires February 26, 2011

John Pluchino
Server's Lic # 1218124
Invoice•Work Order # 0714153

*J&E PROCESS SERVICES, INC.*