# RETURN OF SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

YORKTOWN CENTRAL SCHOOL DISTRICT

VS                                             Civil Action No. 07-cv-8648

MONSANTO COMPANY, et al.

**SERVICE OF PROCESS ON:** Pecora Corporation

**I, Shawn F. Schaffer**, Undersigned being duly sworn, deposes and says that he was at the time of service, over the age of eighteen, and not a party to this action.

Date of service:    10/30/2007 @ 10:00 AM
Place of service:   165 Wambold Rd., Harleysville, PA
Documents served:   Amended Summons, Complaint, Judges Individual Rules and Electronic Instructions, Procedures & Guidelines

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

____ By personally delivering them into the hands of the person being served
____ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:
_X__ By delivering to an officer or person-in-charge or managing agent whose name and title is:
    **Connie Class – Executive Assistant**

____ Other:_____

Description of person receiving documents: Male/~~Female~~ Skin color white
                                            Hair color Blonde   Age 40's  Hgt 5'7'  Wgt 140

Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]* Shawn F. Schaffer    Date 10/30/07

Prepared by: Legal Errands, Inc.
        P.O. Box 24866
        Philadelphia, PA 19130
        215-751-1124