UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YORKTOWN CENTRAL SCHOOL DISTRICT,

                            Plaintiff,

-against-

MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION, and JOHN DOES 1-20,

                            Defendants.

07 Civ. 8648 (SCR)

ECF CASE

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                      ) ss.:
COUNTY OF WESTCHESTER  )

       MELISSA MCCULLOUGH, being duly sworn, deposes and says:

       1.      Deponent is not a party to this action, is over 18 years of age, and is employed at Thacher Proffitt & Wood LLP, 50 Main Street, 16th Floor, White Plains, New York 10606.

       2.      On November 19, 2007, deponent served the annexed **NOTICE OF REASSIGNMENT AND INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON** by regular mail by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York, properly addressed to the addressees listed below:

Robert Wright, Esq.
**White and Williams LLP**
The Atrium
East 80 Route 4
Paramus, NJ 07652

Connie Class
**Pecora Corporation**
165 Wambold Road
Harleysville, PA 19438

Steven Levy, Esq
**White and Williams LLP**
1800 One Liberty Place
Philadelphia, PA 19103

_____
MELISSA MCCULLOUGH

Sworn to before me this
19th day of November, 2007

_____
Notary Public

JOAN MARIE LEWANDOWSKI
NOTARY PUBLIC, State of New York
No. 01LE6112570
Qualified in Westchester County
Commission Expires July 6, 2008