# White and Williams LLP 

One Penn Plaza
18th Floor, Suite 1801
New York, NY 10119
Phone: 212.244.9500
Fax: 212.244.6200

**MEMO ENDORSED**

Robert Wright
Direct Dial: 212.631.4402
Direct Fax: 212.631.4422
wrightr@whiteandwilliams.com

November 16, 2007

**By fax: 914-390-4179**
Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

    RE:  **Yorktown Central School District v. Monsanto Co., et al.**
           **Civil Action No.: 07 CIV 8648 (SCR)**

Dear Judge Robinson:

    This firm represents defendant Pharmacia Corporation. This request was initially made by a faxed letter to Judge Charles L. Brient by fax of November 14, 2007, at a time before this office had notice of the reassignment of this case to Your Honor.

    This letter is a request for an extension of time to answer or otherwise plead for 20 days, making the answer or pleading due on **December 4, 2007**.

    This is Pharmacia Corporation's first request for an extension of time to answer or otherwise plead. Plaintiff's attorney, Kevin Madonna, has consented to the extension of time requested herein.

    It is respectfully requested that Your Honor grant the extension of time to answer or otherwise plead to ~~make the answer or pleading~~ of Pharmacia Corporation due on **December 4, 2007**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully submitted,
WHITE AND WILLIAMS LLP

By: _____
Robert Wright

cc:  Kevin J. Madonna, Esq.
      KENNEDY & MADONNA, LLP
      48 Dewitt Mills Road
      Hurley, NY 12443
      Fax: (845) 331-7578
      *(Attorneys for plaintiff)*

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSON

Allentown, PA • Berwyn, PA • Cherry Hill, NJ
Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE

PHLDMS1 3758444v.1