THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
YORKTOWN CENTRAL
SCHOOL DISTRICT,

          Plaintiff,

-against-

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,

          Defendants.
------------------------------------------------------------------ X

Civil Action No.: 07 - 8648 (SCR)

ECF CASE

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the United States District Court for the Southern District of New York, United States Courthouse, 300 Quarropas Street, Room 265, White Plains, New York, Defendants Monsanto Company and Pharmacia Corporation, by and through their attorneys, White and Williams LLP, will move pursuant to Fed. R. Civ. Pro. 12(b)(6) for an Order dismissing the Verified Complaint.

The within motion will be based on this Notice of Motion, Certification of Exhibits, Memorandum of Law, and Affirmation of Service.

A proposed form of Order is attached.

Date: December 4, 2007

                                        Respectfully submitted,

                                        By: __s/ Robert Wright_____
                                            Robert Wright (RW- 0971)
                                            Rafael Vergara (RV-4098)
                                            White and Williams LLP
                                            One Penn Plaza, Suite 1801
                                            New York, New York 10119
                                            Phone: (212) 244-9500
                                            *Attorneys for Defendants*
                                            *Monsanto Company and*
                                            *Pharmacia Corporation*

TO: Kevin J. Madonna, Esquire
Robert F. Kennedy, Jr., Esquire
KENNEDY & MADONNA, LLP
48 Dewitt Mills Road
Hurley, NY 12443
(845) 331-7514
*Attorneys for Plaintiff*

*Upon information and belief, as of the date of service, no other party has appeared in this case.*

PHLDMS1 3749828v.1