THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
YORKTOWN CENTRAL
SCHOOL DISTRICT,

                Plaintiff,

-against-

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,

                Defendants.
------------------------------------------------------------------ X

Civil Action No.: 07 CIV 8648 (SCR)

ECF CASE

**FED. R. CIV. P. 7.1 STATEMENT**

     Pursuant to Fed. R. Civ. P. 7.1, the undersigned hereby states, on behalf of Defendant Monsanto Company, that Monsanto Company has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: December 4, 2007

                Respectfully submitted,

                By: s/ Robert Wright
                ROBERT WRIGHT (RW- 0971)
                **WHITE AND WILLIAMS LLP**
                One Penn Plaza, Suite 1801
                New York, New York 10119
                Phone: (212) 244-9500
                Email: wrightr@whiteandwilliams.com
                *Attorneys for Defendants*
                *Monsanto Company and*
                *Pharmacia Corporation*