THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | |
|---|---|
| YORKTOWN CENTRAL SCHOOL DISTRICT,<br><br>                  Plaintiff,<br><br>-against-<br><br>MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION and JOHN DOES 1-20,<br><br>                  Defendants. | Civil Action No.: 07 - 8648 (SCR)<br><br><br>ECF CASE<br><br><br><br>**FED. R. CIV. P. 7.1 STATEMENT** |

------------------------------------------------------------------ X

      Pursuant to Fed. R. Civ. P. 7.1, the undersigned hereby states, on behalf of Defendant Pharmacia Corporation, that Pharmacia Corporation is wholly owned by Pfizer, Inc.

Date: December 4, 2007

                  Respectfully submitted,

                  By: __s/ Robert Wright_____
                  ROBERT WRIGHT (RW- 0971)
                  **WHITE AND WILLIAMS LLP**
                  One Penn Plaza, Suite 1801
                  New York, New York 10119
                  Phone: (212) 244-9500
                  Email: wrightr@whiteandwilliams.com
                  *Attorneys for Defendants*
                  *Monsanto Company and*
                  *Pharmacia Corporation*