THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
YORKTOWN CENTRAL
SCHOOL DISTRICT,

                  Plaintiff,

-against-

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,

                  Defendants.
---------------------------------------------------------------- X

Civil Action No.: 07 - 8648
(SCR)

ECF CASE

**CERTIFICATION OF EXHIBITS**

I, **ROBERT WRIGHT**, of full age, do hereby certify as follows, upon information and belief:

    1.    I am an attorney at law and am admitted to practice before this Court. I am a member of the law firm of White and Williams LLP, attorneys for defendants Monsanto Company and Pharmacia Corporation with regard to this matter. As a consequence, I have knowledge of the facts set forth herein.

    2.    A copy of plaintiff Yorktown Central School District's Complaint dated October 5, 2007 is attached as **Exhibit 1**.

    3.    Monsanto Company and Pharmacia Corporation have not filed an Answer.

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 4, 2007

                                                    Respectfully submitted,

                                                    By: s/ Robert Wright
                                                    ROBERT WRIGHT (RW- 0971)
                                                    **WHITE AND WILLIAMS LLP**
                                                    One Penn Plaza, Suite 1801
                                                    New York, New York 10119
                                                    Phone: (212) 244-9500
                                                    Email: wrightr@whiteandwilliams.com
                                                    *Attorneys for Defendants*
                                                    *Monsanto Company and*
                                                    *Pharmacia Corporation*