THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
YORKTOWN CENTRAL
SCHOOL DISTRICT,

              Plaintiff,

 -against-

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,

              Defendants.
---------------------------------------------------------------- X

Civil Action No.:  07 - 8648
(SCR)

ECF CASE

CERTIFICATE OF SERVICE

    I, Robert Wright, hereby certify under penalty of perjury to the truth of the following:

    1.    I am a member of the law firm of White and Williams LLP, attorneys for Defendants Monsanto Company and Pharmacia Corporation.

    2.    On December 4, 2007, I will serve the following by U.S. First Class Mail:

Kevin J. Madonna, Esquire
Robert F. Kennedy, Jr., Esquire
KENNEDY & MADONNA, LLP
48 Dewitt Mills Road
Hurley, NY 12443

    3.    The documents to be served upon Mr. Madonna include the notice of motion to dismiss the complaint, dated December 4, 2007, along with all of its supporting papers and exhibits.

PHLDMS1 3749828v.1

4. It appears that Mr. Madonna is a filing user for purposes of this case, pursuant to the procedures of this Court for Electronic Case Filing (ECF). Accordingly, service will also be effective by operation of Rule 5.2 of the Local Civil Rules of the Southern and Eastern Districts of New York upon the electronic filing of the notice of motion to dismiss the complaint, dated December 4, 2007, along with all of its supporting papers and exhibits.

Date: December 4, 2007

    Respectfully submitted,

    By: __s/ Robert Wright_____
    ROBERT WRIGHT (RW- 0971)
    **WHITE AND WILLIAMS LLP**
    One Penn Plaza, Suite 1801
    New York, New York 10119
    Phone: (212) 244-9500
    Email: wrightr@whiteandwilliams.com
    *Attorneys for Defendants*
    *Monsanto Company and*
    *Pharmacia Corporation*