THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
YORKTOWN CENTRAL
SCHOOL DISTRICT,

                  Plaintiff,

-vs.-

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,

                  Defendants.
------------------------------------------------------------------ X

Civil Action No.: 07 - 8648
(SCR)

ECF CASE

NOTICE OF APPEARANCE

     **PLEASE TAKE NOTICE** that Michael J. Kozoriz, Esq., of the law firm of WHITE AND WILLIAMS LLP, hereby enters an appearance as attorney of record for the Defendant, Pecora Corporation.

Dated: December 17, 2007

                  Respectfully submitted,
                  **WHITE AND WILLIAMS LLP**

                  By: _/s/ Michael J. Kozoriz_____
                  MICHAEL J. KOZORIZ (MK-1929)
                  One Penn Plaza, Suite 1801
                  New York, New York 10119
                  (212) 244-9500
                  kozorizm@whiteandwilliams.com

TO:    ALL COUNSEL OF RECORD (VIA ECF)