# KENNEDY & MADONNA, LLP
## ATTORNEYS AT LAW

48 DEWITT MILLS ROAD
HURLEY, NEW YORK 12443

ROBERT F. KENNEDY, JR
KEVIN J. MADONNA

(845) 331-7514
(845) 331-7578 (FAX)
kmadonna@kennedymadonna.com

*OF COUNSEL*
STEVEN J. MADONNA

December 14, 2007

VIA FACSIMILE: 914-390-4179

Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

**MEMO ENDORSED**

Re:   **Yorktown Central School District v. Monsanto Co., et al., 07 CIV 8648 (SCR)**

Dear Judge Robinson:

My firm represents plaintiff Yorktown Central School District in the above referenced matter. This letter is a request for an extension of time to respond to defendant Monsanto Company's and defendant Pharmacia Corporation's joint motion to dismiss plaintiff's complaint which is due on December 21, 2007.

Plaintiffs respectfully request an extension to respond until January 31, 2008. This is plaintiff's first request for an extension of time to respond to defendants' motion to dismiss plaintiff's complaint and defendants' attorney, Robert Wright has consented to the extension of time requested herein.

I respectfully request that your honor grant the requested extension to make plaintiff's response due on January 31, 2008.

Respectfully,

Kevin J. Madonna

cc:   Robert Wright (via email)
      Steven Levy (via email)

**APPLICATION GRANTED**

*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION
12/19/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: