THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
YORKTOWN CENTRAL
SCHOOL DISTRICT,
                        Plaintiff,

-vs.-

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,
                        Defendants.
------------------------------------------------------------------ X

Civil Action No.: 07 - 8648 (SCR)

ECF CASE

**NOTICE OF MOTION
TO DISMISS**

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the United States District Court for the Southern District of New York, United States Courthouse, 300 Quarropas Street, White Plains, New York, Defendant PECORA CORPORATION, by and through its attorneys, White and Williams LLP, will move pursuant to Fed. R. Civ. Pro. 12(b)(6) for an Order dismissing the Complaint.

The within motion will be based on this Notice of Motion, Certification of Exhibits, Memorandum of Law, and Certificate of Service.

A proposed form of Order is submitted herewith.

Dated: January 18, 2008

                                        Respectfully submitted,
                                        **WHITE AND WILLIAMS LLP**
                                        *Attorneys for Defendant, Pecora Corporation*

                                        By: _/s/ Michael J. Kozoriz_
                                           MICHAEL J. KOZORIZ (MK-1929)
                                           One Penn Plaza, Suite 1801
                                           New York, New York 10119
                                           (212) 244-9500

-2-

TO:   Kevin J. Madonna, Esq.  (VIA ECF AND FEDERAL EXPRESS)
      Kennedy & Madonna LLP
      48 Dewitt Mills Road
      Hurley, New York 12443
      *Attorneys for Plaintiff*

      Robert Wright, Esq.  (VIA ECF AND E-MAIL)
      White and Williams LLP
      One Penn Plaza, Suite 1801
      New York, New York 10119
      *Attorneys for Defendants,*
      *Monsanto Company and Pharmacia Corporation*