THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

YORKTOWN CENTRAL SCHOOL DISTRICT,

          Plaintiff,

-vs.-

MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION and JOHN DOES 1-20,

          Defendants.
------------------------------------------------------------------ X

Civil Action No.: 07 - 8648 (SCR)

ECF CASE

**CERTIFICATION OF EXHIBITS**

    I, MICHAEL J. KOZORIZ, ESQ., a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that attached hereto as **Exhibit 1** is a true and complete copy of the Complaint in this civil action.

Dated: January 18, 2008

    Respectfully submitted,
    **WHITE AND WILLIAMS LLP**
    *Attorneys for Defendant, Pecora Corporation*

    By: _____
    MICHAEL J. KOZORIZ (MK-1929)
    One Penn Plaza, Suite 1801
    New York, New York 10119
    (212) 244-9500

PHLDMS1 3875186v.1