**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

YORKTOWN CENTRAL SCHOOL DISTRICT,

Plaintiff,

-vs.-

MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION and JOHN DOES 1-20,

Defendants.

---------------------------------------------------------------- X

Civil Action No.: 07 - 8648 (SCR)

ECF CASE

**CERTIFICATE OF SERVICE**

I, MICHAEL J. KOZORIZ, ESQ., a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that on the date indicated below, I caused to be served, by the manner indicated below, copies of Defendant Pecora Corporation's Motion to Dismiss, in the above-captioned civil action, to all counsel of record, to wit:

Kevin J. Madonna, Esq. (VIA ECF AND FEDERAL EXPRESS)
Kennedy & Madonna LLP
48 Dewitt Mills Road
Hurley, New York 12443
*Attorneys for Plaintiff*

Robert Wright, Esq. (VIA ECF AND E-MAIL)
White and Williams LLP
One Penn Plaza, Suite 1801
New York, New York 10119
*Attorneys for Defendants,*
*Monsanto Company and Pharmacia Corporation*

said addresses being the last known addresses by said parties for that purpose.

Dated: January 18, 2008

Respectfully submitted,
**WHITE AND WILLIAMS LLP**
*Attorneys for Defendant, Pecora Corporation*

By: ______________________

MICHAEL J. KOZORIZ (MK- 1929)
One Penn Plaza, Suite 1801
New York, New York 10119
(212) 244-9500



PHLDMS1 3875178v.1