# KENNEDY & MADONNA, LLP
### ATTORNEYS AT LAW

48 DEWITT MILLS ROAD
HURLEY, NEW YORK 12443

ROBERT F. KENNEDY, JR
KEVIN J. MADONNA

(845) 331-7514
(845) 331-7578 (FAX)
kmadonna@kennedymadonna.com

OF COUNSEL
STEVEN J. MADONNA

January 18, 2008

VIA FACSIMILE: 914-390-4179

Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   Yorktown Central School District v. Monsanto Co., et al., 07 CIV 8648 (SCR)

Dear Judge Robinson:

My firm represents plaintiff Yorktown Central School District in the above referenced matter. This letter is a request for an extension of time to respond to defendant Monsanto Company's and defendant Pharmacia Corporation's joint motion to dismiss plaintiff's complaint which is due on January 31, 2008.

The third defendant in this lawsuit, Pecora Corporation, recently informed plaintiff that it would soon be filing its motion to dismiss and requested that plaintiff consent to filing its response to Pecora's motion by January 31, 2008. Plaintiffs' attorneys agreed to respond to both motions to dismiss within the same time frame as long as plaintiff was allowed additional time to do so.

Plaintiffs, therefore, respectfully request an extension to respond until February 14, 2008. This is plaintiff's second request for an extension of time to respond to Monsanto's and Pharmacia's joint motion to dismiss plaintiff's complaint and defendants' attorneys have consented to the extension of time requested herein.

I respectfully request that your Honor grant the requested extension to make plaintiff's response due on February 14, 2008.

Respectfully,

Kevin J. Madonna /s/

cc:   Robert Wright (via email)
      Steven Levy (via email)
      Michael Kozoriz (via email)

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSON   1/22/08