THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
YORKTOWN CENTRAL　　　　　　　　　　　　Civil Action No.: 07 - 8648
SCHOOL DISTRICT,　　　　　　　　　　　　　(SCR)
　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　ECF CASE

-vs.-

　　　　　　　　　　　　　　　　　　　　　　NOTICE OF MOTION
MONSANTO COMPANY,　　　　　　　　　　　　FOR ADMISSION
PHARMACIA CORPORATION,　　　　　　　　　 *PRO HAC VICE*
PECORA CORPORATION and
JOHN DOES 1-20,
　　　　　　　　　　　　Defendants.
-------------------------------------------------------------- X

  **PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, Defendant, Pecora Corporation, by and through its attorneys, to wit, Michael J. Kozoriz, Esq., of White and Williams LLP and a member in good standing of the bar of this Court, will move to admit I. Steven Levy, Esq., also of White and Williams LLP, 1800 One Liberty Place, Philadelphia, Pennsylvania 19103, tel. 215.864.7130, fax 215.789.7630, *pro hac vice* pursuant to Local Civil Rule 1.3(c).

  **PLEASE TAKE FURTHER NOTICE** that I. Steven Levy, Esq., is a member in good standing of the bar of the Commonwealth of Pennsylvania.

  **PLEASE TAKE FURTHER NOTICE** that there are no pending disciplinary proceedings against I. Steven Levy, Esq., in any State or Federal court.

  The motion to admit *pro hac vice* will be based on this Notice of Motion, Affidavit of Michael J. Kozoriz, Esq., and certificate(s) of good standing issued by each state in which I. Steven Levy, Esq., is a member of the bar.

PHLDMS1 3820155v.1

-2-

A proposed form of Order is attached.

Dated: January 22, 2008

Respectfully submitted,
**WHITE AND WILLIAMS LLP**
*Attorneys for Defendant, Pecora Corporation*

By: _____
MICHAEL J. KOZORIZ (MK-2929)
One Penn Plaza, Suite 1801
New York, New York 10119
(212) 244-9500 tel.
(212) 631-4432 fax

PHLDMS1 3820155v.1