# White and Williams LLP



One Penn Plaza
18th Floor, Suite 1801
New York, NY 10119
Phone: 212.244.9500
Fax: 212.244.6200

Rafael Vergara
Direct Dial: 212.631.4416
Direct Fax: 212.631.4436
vergarar@whiteandwilliams.com

February 21, 2008

**By Fax: 914-390-4179**
Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

**MEMO ENDORSED**

  **RE: Yorktown Central School District v. Monsanto Co., et al.**
    **Civil Action No.: 07 CIV 8648 (SCR)**

Dear Judge Robinson:

  This law firm represents defendants Monsanto Company and Pharmacia Corporation with respect to this civil action.

  Presently pending before the Court is these defendants' Motion to Dismiss the Complaint. On February 14, 2008, plaintiff filed an opposition to the motion. Defendants hereby request that the Court direct that the reply from defendants be due by **March 20, 2008**.

Respectfully submitted,
WHITE AND WILLIAMS LLP

By: /s/ Rafael Vergara
Rafael Vergara (RV-4098)

RV:mk
Encl.
cc: Kevin J. Madonna, Esq.
KENNEDY & MADONNA, LLP
48 Dewitt Mills Road
Hurley, NY 12443
(by fax: 845-331-7578)

Michael Kozoriz, Esq.
White and Williams LLP
The Atrium – East 80 Route 4
Paramus, NJ 07652
(by fax: 201-368-7252)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED:

*Defendants' (Monsanto Company and Pharmacia Corporation) time to reply is extended to 3/20/08.*

**APPLICATION GRANTED**
/s/ Stephen C. Robinson
HON. STEPHEN C. ROBINSON
2/25/08

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

PHLDMS1 4032583v.1