# White and Williams LLP 

*One Penn Plaza*  
*18th Floor, Suite 1801*  
*New York, NY 10119*  
*Phone: 212.244.9500*  
*Fax: 212.244.6200*

*Michael J. Kozoriz*  
*Direct Dial: 212.631.4412*  
*Direct Fax: 212.631.4432*  
*kozorizm@whiteandwilliams.com*

February 21, 2008

**By Facsimile** (914-390-4179)  
Hon. Stephen C. Robinson, U.S.D.J.  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

**MEMO ENDORSED**

RE: **Yorktown Central School District v. Monsanto Co., et al.**  
Civil Action No.: 07-CV-8648 (SCR)  
Our File No.: 16470/00492

Dear Judge Robinson:

We represent the interests of the defendant Pecora Corporation in the above-referenced civil action. We note that counsel for co-defendants, Monsanto Company and Pharmacia Corporation, have requested March 20, 2008 as the deadline for the filing of their reply brief in connection with the pending motion to dismiss. We respectfully request that Pecora Corporation's time to file its reply brief also be set as March 20, 2008.

We thank Your Honor for the Court's consideration of this matter.

Respectfully yours,  
WHITE AND WILLIAMS LLP

By: *Michael J. Kozoriz*  
Michael J. Kozoriz

*USDC SDNY*  
*DOCUMENT*  
*ELECTRONICALLY FILED*  
*DOC #: _____*  
*DATE FILED: _____*

Defendant Pecora Corporation's time to reply is extended to 3/20/08.

**APPLICATION GRANTED**  
*Stephen C. Robinson*  
HON. STEPHEN C. ROBINSION  
2/25/08

cc: Kevin J. Madonna, Esq. *(By Facsimile)*  
Rafael Vergara, Esq. *(By Facsimile)*

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*  
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

PHLDMS1 4033175v.1