THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
YORKTOWN CENTRAL                              Civil Action No.: 07 - 8648
SCHOOL DISTRICT,                              (SCR)
                                    Plaintiff,
                                              ECF CASE

-vs.-

                                              **ORDER FOR ADMISSION**
                                              ***PRO HAC VICE* ON WRITTEN**
MONSANTO COMPANY,                             **MOTION**
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,
                                    Defendants.
-------------------------------------------------------------------- X

**THIS MATTER** having been opened to the Court upon the application of Michael J. Kozoriz, Esq., of White and Williams LLP, attorneys for Defendant, Pecora Corporation, for an Order admitting Michelle D. Coburn, Esq., *pro hac vice* pursuant to Local Civil Rule 1.3(c), and the Court having read and considered the papers submitted by counsel, and good cause having been shown;

It is on this 29th day of February 2008,

**ORDERED** that Michelle D. Coburn, Esq., of the law firm of White and Williams LLP, 1800 One Liberty Place, Philadelphia, Pennsylvania 19103, tel. 215.864.6355, fax 215.789.7516, coburnm@whiteandwilliams.com, is hereby admitted to practice *pro hac vice* as counsel for Defendant, Pecora Corporation, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

PHLDMS1 3820153v.1

-2-

for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: February 29, 2008
White Plains, New York

SO ORDERED

_____
HON. Stephen C. Robinson, U.S.D.J.