AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Yorktown Central School District

V.

Monsanto Company, Pharmacia Corporation, Pecora Corporation & John Does 1-20.

Amended
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CIV-8648 (SCR)

TO: (Name and address of Defendant)

Monsanto Corporation
c/o CT Corp. System
111 Eighth Avenue
New York, NY 10011

Pharmacia Corporation
c/o CT Corp. System
111 Eighth Avenue
New York, NY 10011

Pecora Corp., 165 Warnbold Rd., Harleysville, PA 19438

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Madonna
Kennedy & Madonna, LLP
48 Dewitt Mills Rd
Hurley, NY 12443

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 2-14-08

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-26-08 |
| NAME OF SERVER (PRINT) Kevin J. Madonna | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Via first class mail to defendant Monsanto & Pharmacia's registered agent & Pecora's corporate headquarters

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-28-08
            Date            Signature of Server

48 Dewitt Mills Rd.
Address of Server
Hurley, NY 12443

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.