THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

| | |
|---|---|
| YORKTOWN CENTRAL SCHOOL DISTRICT, Plaintiff, | Civil Action No.: 07 - 8648 (SCR) |
| -against- | ECF CASE |
| MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION and JOHN DOES 1-20, Defendants. | MOTION TO ADMIT COUNSEL PRO HAC VICE |

-------------------------------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rafael Vergara, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Thomas M. Goutman |
| Firm Name: | White and Williams LLP |
| Address: | 1800 One Liberty Place |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 864-7057 |
| Fax Number: | (215) 789-7557 |

Thomas M. Goutman is a member in good standing of the Bar of the States of

| Court: | Admission date: |
|---|---|
| Pennsylvania Supreme Court | October 16, 1979 |

There are no pending disciplinary proceedings against Thomas Goutman in any State or Federal Court.

Date: March 4, 2008

Respectfully submitted,

Rafael Vergara (RV-4098)
White and Williams LLP
One Penn Plaza, Suite 1801
New York, New York 10119
Phone: 212-244-9500
*Attorneys for defendants Monsanto Company and Pharmacia Corporation*

Page 1 of 1

PHLDMS1 4095745v.1

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

| | |
|---|---|
| YORKTOWN CENTRAL SCHOOL DISTRICT,<br><br>                    Plaintiff,<br><br> -against-<br><br>MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION and JOHN DOES 1-20,<br><br>                    Defendants. | Civil Action No.: 07 - 8648 (SCR)<br><br>ECF CASE<br><br><br><br><br><br>AFFIDAVIT OF RAFAEL VERGARA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

------------------------------------------------------------------- X

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

Rafael Vergara, being duly sworn, hereby deposes and says as follows:

1. I am an associate at White and Williams LLP, counsel for defendants Monsanto Company and Pharmacia Corporation in the above captioned action. I am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of defendants Monsanto Company's and Pharmacia Corporation's motion to admit Thomas M. Goutman as counsel *pro hac vice* to represent defendants Monsanto Company and Pharmacia Corporation in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Goutman is a partner at White and Williams LLP.

4. I have found Mr. Goutman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Thomas M. Goutman, *pro hac vice*.

Page 1 of 2

6. I respectfully submit a proposed order granting the admission of Thomas M. Goutman, *pro hac vice*, which is attached hereto as **Exhibit 1.**

7. Attached as **Exhibit 2** is a certificate of good standing, dated February 28, 2008, with respect to Mr. Goutman's admission "to the bar of the Commonwealth of Pennsylvania."

**WHEREFORE,** it is respectfully requested that the motion to admit Thomas M. Goutman, *pro hac vice,* to represent defendants Monsanto Company and Pharmacia Corporation in the above captioned matter, be granted.

Respectfully submitted,

/s/ Rafael Vergara
Rafael Vergara (RV-4098)
White and Williams LLP
One Penn Plaza, Suite 1801
New York, New York 10119
Phone: 212-244-9500
*Attorneys for defendants Monsanto Company and Pharmacia Corporation*

Subscribed and sworn to before me on March 4, 2008.

/s/ Songa L. Ruck
Notary Public

SONGA L. RUCK
Notary Public, State of New York
No. 01RU6011666
Qualified in Kings County
Commission Expires August 10, 20_12_

PHLDMS1 4095745v.1

# EXHIBIT 1

# EXHIBIT 1

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

YORKTOWN CENTRAL
SCHOOL DISTRICT,

                Plaintiff,

-against-

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,

                Defendants.

Civil Action No.: 07 – 8648 (SCR)

**ECF CASE**

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---------------------------------------------------------------- X

Upon the motion of Rafael Vergara, attorney for defendants Monsanto Company and Pharmacia Corporation and said sponsor's attorney's affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Thomas M. Goutman |
| Firm Name: | White and Williams LLP |
| Address: | 1800 One Liberty Place |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 864-7057 |
| Fax Number: | (215) 789-7557 |
| Email Address: | goutmant@whiteandwilliams.com |

is admitted to practice pro hac vice as counsel for defendants Monsanto Company and Pharmacia Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

Page 1 of 2

PHLDMS1 4095745v.1

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____
United States District/Magistrate Judge

# EXHIBIT 2

# EXHIBIT 2



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Thomas Marsh Goutman, Esq.*

**DATE OF ADMISSION**

*October 16, 1979*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 28, 2008

John W. Person, Jr., Esq.
Deputy Prothonotary

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

| | |
|---|---|
| YORKTOWN CENTRAL SCHOOL DISTRICT,<br><br>                                      Plaintiff,<br><br> -against-<br><br>MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION and JOHN DOES 1-20,<br><br>                                   Defendants. | Civil Action No.: 07 - 8648 (SCR)<br><br>**ECF CASE**<br><br><br><br>**CERTIFICATE OF SERVICE** |

------------------------------------------------------------------- X

      I, Rafael Vergara, hereby certify, under penalty of perjury, that on **March 4, 2008**, I will cause to be sent a copy of (1) **Motion to Admit Counsel Pro Hac Vice** (dated March 4, 2008); and (2) **Affidavit of Rafael Vergara in Support of Motion to Admit Counsel Pro Hac Vice** (dated March 4, 2008), by **FedEx,** to the following persons:

Kevin J. Madonna, Esq.
KENNEDY & MADONNA, LLP
48 Dewitt Mills Road
Hurley, NY 12443

Michael Kozoriz, Esq.
White and Williams LLP
The Atrium – East 80 Route 4
Paramus, NJ 07652

Date: March 4, 2008

                                       Respectfully submitted,

                                       Rafael Vergara (RV-4098)
                                       White and Williams LLP
                                       One Penn Plaza, Suite 1801
                                       New York, New York 10119
                                       Phone: 212-244-9500
                                       *Attorneys for defendants Monsanto Company and Pharmacia Corporation*

PHLDMS1 4095745v.1