THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED

------------------------------------------------------------ X

| | |
|---|---|
| YORKTOWN CENTRAL SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>-against-<br><br>MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION and JOHN DOES 1-20,<br><br>Defendants. | Civil Action No.: 07 - 8648 (SCR)<br><br>ECF CASE<br><br><br><br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

------------------------------------------------------------ X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rafael Vergara, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Thomas M. Goutman |
| Firm Name: | White and Williams LLP |
| Address: | 1800 One Liberty Place |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 864-7057 |
| Fax Number: | (215) 789-7557 |

Thomas M. Goutman is a member in good standing of the Bar of the States of

| Court: | Admission date: |
|---|---|
| Pennsylvania Supreme Court | October 16, 1979 |

There are no pending disciplinary proceedings against Thomas Goutman in any State or Federal Court.

Date: March 4, 2008

*Thomas Goutman is admitted pro hac vice for all matters in this case. APPLICATION GRANTED:*

*[signature]*
*3/12/08*

Respectfully submitted,

*/s/ Rafael Vergara*
Rafael Vergara (RV-4098)
White and Williams LLP
One Penn Plaza, Suite 1801
New York, New York 10119
Phone: 212-244-9500
*Attorneys for defendants Monsanto Company and Pharmacia Corporation*

PHLDMS1 4095745v.1

Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____