UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YORKTOWN CENTRAL
SCHOOL DISTRICT,

           Plaintiff,

           Civil Action No. 07-CIV-8648

  vs.

MONSANTO COMPANY,              **MOTION TO ADMIT COUNSEL**
PHARMACIA CORPORATION,
PECORA CORPORATION AND        **PRO HAC VICE**
JOHN DOES 1-20.

           Defendants.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, I, Kevin J. Madonna a member in good standing of the bar of this

Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: AMANDA SLEVINSKI
    Firm Name: Levin Papantonio
    Address: 316 South Baylen Street – Suite 600
    City/State/Zip: Pensacola, Florida 32502
    Phone Number: (850) 435-7074
    Fax Number: (850) 436-6074

AMANDA SLEVINSKI is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceeding against AMANDA SLEVINSKI in any State or Federal
court.

Dated: 3-15-08

City, State: Hur   NY

    Respectfully submitted,

    Kevin J. Madonna
    SDNY Bar KM-5595
    Kennedy & Madonna, LLP
    48 Dewitt Mills Road
    Hurley, New York 12443
    Phone: (845) 331-7514

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YORKTOWN CENTRAL
SCHOOL DISTRICT,

                Plaintiff,

    vs.

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION AND
JOHN DOES 1-20.

                Defendants.

Civil Action No. 07-CIV-8648

AFFIDAVIT OF
KEVIN J. MADONNA
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

---

State of New York    )
                  )
County of New York )

Kevin J. Madonna, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Kennedy & Madonna, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Amanda Slevinski as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Amanda Slevinski since 2001.

4. Ms. Slevinski is an Associate at Levin Papantonio, Pensacola, Florida.

5. I have found Ms. Slevinski to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Amanda Slevinski, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Amanda Slevinski, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Amanda Slevinski, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: _3/15/08_

City, State: _Hurley, NY_

Notarized:

_Victoria E. Madonna_

**VICTORIA E. MADONNA**
Notary Public, State of New York
No. 02MA6003111
Qualified in Columbia County
Commission Expires Feb. 23, 20_10_

Respectfully submitted,

Kevin J. Madonna
SDNY Bar Code: KM-5595

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YORKTOWN CENTRAL
SCHOOL DISTRICT,

                    Plaintiff,

                                                        Civil Action No. 07-CIV-8648

    vs.

MONSANTO COMPANY,                          **ORDER FOR ADMISSION**
PHARMACIA CORPORATION,                     **PRO HAC VICE**
PECORA CORPORATION AND                     **ON WRITTEN MOTION**
JOHN DOES 1-20.

                    Defendants.

---

Upon the motion of Kevin J. Madonna attorney for Plaintiff and said sponsor attorney's affidavit in

support;

**IT IS HEREBY ORDERED** that

      Applicant's Name: AMANDA SLEVINSKI

      Firm Name: Levin Papantonio

      Address: 316 South Baylen Street – Suite 600

      City/State/Zip: Pensacola, Florida 32502

      Phone Number: (850) 435-7074

      Fax Number: (850) 436-6074

      Email Address: Aslevinski@levinlaw.com

is admitted to practice pro hac vice as counsel for Yorktown Central School District in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to

the Clerk of Court.

Dated: _____

City, State: _____

---

      United States District Judge Stephen C. Robinson



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

**850/561-5600**
**WWW.FLORIDABAR.ORG**


State of Florida        )

County of Leon        )


In Re:  27041
        Amanda R. Slevinski
        Levin Papantonio, et al
        P.O. Box 12308
        Pensacola, Florida


I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 21, 2006.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this __13TH__ day of March, 2008.


Johnny M. Smith
Assistant Director, Membership Records
The Florida Bar

JMS/kcth1:R106

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### OFFICE OF THE CLERK

**WILLIAM M. MCCOOL**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Pensacola Division

March 10, 2008

## CERTIFICATE OF GOOD STANDING

I, WILLIAM M. MCCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **Amanda Renee Slevinski, Florida Northern District Bar Number 27041** was duly admitted to practice in this Court on January 22, 2007, and is in good standing as a member of the bar of this Court.

**WILLIAM M. MCCOOL, CLERK OF COURT**

By: _____
JEAN M. DAVIS, Deputy Clerk

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

---

Gainesville Division
401 SE 1ˢᵗ Avenue
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

YORKTOWN CENTRAL SCHOOL DISTRICT

        Plaintiff,                                   7:07 cv. 8648 (SCR)

        vs.

MONSANTO COMPANY,                    **ECF CASE**
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20.

                                            **CERTIFICATE
OF SERVICE**

        Defendants.

-------------------------------------------------------------X

    I, Kevin Madonna, hereby certify, under penalty of perjury, that on March 15, 2008, I will

cause to be sent a copy of (1) Motion to Admit Counsels Pro Hac Vice (dated March 15, 1008); and

Affidavit of Kevin J. Madonna in Support of Motion to Admit Counsels Pro Hac Vice (dated March

15, 2008), by first class mail, to the following persons:

    1.      Rafael Vergara, Esq.
             White & Williams, LLP
             One Penn Plaza
             18th Floor, Suite 1801
             New York, NY  10119
             Counsel for Monsanto Company & Pharmacia Corporation

    2.      Steven Levy, Esq.
             White & Williams, LLP
             1800 One Liberty Place
             Philadelphia, PA  19103-7395
             Counsel for Pecora Corporation

Dated:        March 15, 2008                  Respectfully submitted,

                                                   Kevin J. Madonna
                                                   Kennedy & Madonna, LLP
                                                   48 Dewitt Mills Road
                                                   Hurley, NY  12443
                                                   845-331-7514
                                                   845-230-3111 (fax)