UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YORKTOWN CENTRAL
SCHOOL DISTRICT,

    Plaintiff,

vs.

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION AND
JOHN DOES 1-20.

    Defendants.

Civil Action No. 07-CIV-8648

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin J. Madonna a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: NEIL E. MCWILLIAMS, JR.
    Firm Name: Levin Papantonio
    Address: 316 South Baylen Street – Suite 600
    City/State/Zip: Pensacola, Florida 32502
    Phone Number: (850) 435-7074
    Fax Number: (850) 436-6074

NEIL E. MCWILLIAMS, JR. is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceeding against NEIL E. MCWILLIAMS, JR. in any State or Federal court.

Dated: 3-15-08

City, State: Hurley, NY

Respectfully submitted,

_____
Kevin J. Madonna
SDNY Bar KM-5595
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, New York 12443
Phone: (845) 331-7514

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YORKTOWN CENTRAL
SCHOOL DISTRICT,

          Plaintiff,

vs.

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION AND
JOHN DOES 1-20.

          Defendants.

Civil Action No. 07-CIV-8648

AFFIDAVIT OF
KEVIN J. MADONNA
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

---

State of New York  )
                     )
County of New York )

Kevin J. Madonna, being duly sworn, hereby deposes and says as follows:
1. I am a Partner at Kennedy & Madonna, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Neil E. McWilliams, Jr. as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Neil E. McWilliams, Jr. since 2001.

4. Mr. McWilliams is an Associate at Levin Papantonio, Pensacola, Florida.

5. I have found Mr. McWilliams to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Neil E. McWilliams, Jr., pro hac vice.

7. I respectfully submit a proposed order granting the admission of Neil E. McWilliams, Jr., pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Neil E. McWilliams, Jr, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 3/15/08

City, State: Hurley, NY

Notarized:

*Victoria E. Madonna*

**VICTORIA E. MADONNA**
**Notary** Public, State of New York
No. 02MA6003111
Qualified in Columbia County
**Commission** Expires Feb. 23, 2010

Respectfully submitted,

Kevin J. Madonna
SDNY Bar Code: KM-5595

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YORKTOWN CENTRAL
SCHOOL DISTRICT,

        Plaintiff,

vs.

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION AND
JOHN DOES 1-20.

        Defendants.

Civil Action No. 07-CIV-8648

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kevin J. Madonna attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: NEIL E. MCWILLIAMS, JR.

    Firm Name: Levin Papantonio

    Address: 316 South Baylen Street – Suite 600

    City/State/Zip: Pensacola, Florida 32502

    Phone Number: (850) 435-7074

    Fax Number: (850) 436-6074

    Email Address: NMcWilliams@levinlaw.com

is admitted to practice pro hac vice as counsel for Yorktown Central School District in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

City, State: _____

                                                          _____
                                                          United States District Judge Stephen C. Robinson



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re: 16174
Neil E. McWilliams, Jr.
Levin Papantonio
316 S. Baylen Street, Ste. 400
Pensacola, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 22, 2005.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 13TH day of March, 2008.

Johnny M. Smith
Assistant Director, Membership Records
The Florida Bar

JMS/kcth1:R106

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
YORKTOWN CENTRAL SCHOOL DISTRICT

        Plaintiff,                              7:07 cv. 8648 (SCR)

vs.

MONSANTO COMPANY,                      ECF CASE
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20.                              CERTIFICATE
                                                          OF SERVICE

        Defendants.
-----------------------------------------------------------X

I, Kevin Madonna, hereby certify, under penalty of perjury, that on March 15, 2008, I will cause to be sent a copy of (1) Motion to Admit Counsels Pro Hac Vice (dated March 15, 1008); and Affidavit of Kevin J. Madonna in Support of Motion to Admit Counsels Pro Hac Vice (dated March 15, 2008), by first class mail, to the following persons:

1.       Rafael Vergara, Esq.
          White & Williams, LLP
          One Penn Plaza
          18th Floor, Suite 1801
          New York, NY 10119
          Counsel for Monsanto Company & Pharmacia Corporation

2.       Steven Levy, Esq.
          White & Williams, LLP
          1800 One Liberty Place
          Philadelphia, PA 19103-7395
          Counsel for Pecora Corporation

Dated:      March 15, 2008                    Respectfully submitted,

                                                             Kevin J. Madonna
                                                             Kennedy & Madonna, LLP
                                                             48 Dewitt Mills Road
                                                              Hurley, NY 12443
                                                              845-331-7514
                                                              845-230-3111 (fax)