THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

YORKTOWN CENTRAL SCHOOL DISTRICT,

                Plaintiff,

-against-

MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION and JOHN DOES 1-20,

                Defendants.

------------------------------------------------------------------ X

Civil Action No.: 07 - 8648 (SCR)

ECF CASE

CERTIFICATE OF SERVICE

    I, Robert Wright, hereby certify under penalty of perjury to the truth of the following:

    1.    I am a member of the law firm of White and Williams LLP, attorneys for Defendants Monsanto Company and Pharmacia Corporation.

    2.    On March 20, 2008, I will serve the following by U.S. First Class Mail:

Kevin J. Madonna, Esquire
Robert F. Kennedy, Jr., Esquire
KENNEDY & MADONNA, LLP
48 Dewitt Mills Road
Hurley, NY 12443

    3.    The documents to be served upon Mr. Madonna include the Reply in Support of Motion to Dismiss Amended Complaint, dated March 20, 2008, along with its supporting papers and exhibits.

PHLDMS1 4114760v.2

4. It appears that Mr. Madonna is a filing user for purposes of this case, pursuant to the procedures of this Court for Electronic Case Filing (ECF). Accordingly, service will also be effective by operation of Rule 5.2 of the Local Civil Rules of the Southern and Eastern Districts of New York upon the electronic filing of the Reply in Support of Motion to Dismiss Amended Complaint, dated March 20, 2008, along with its supporting papers and exhibits.

Date: March 20, 2008

Respectfully submitted,

By: s/ Robert Wright
ROBERT WRIGHT (RW- 0971)
**WHITE AND WILLIAMS LLP**
One Penn Plaza, Suite 1801
New York, New York 10119
Phone: (212) 244-9500
Email: wrightr@whiteandwilliams.com
*Attorneys for Defendants
Monsanto Company and
Pharmacia Corporation*