THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | |
|---|---|
| YORKTOWN CENTRAL SCHOOL DISTRICT,<br><br>             Plaintiff,<br><br>-vs.-<br><br>MONSANTO COMPANY,<br>PHARMACIA CORPORATION,<br>PECORA CORPORATION and<br>JOHN DOES 1-20,<br><br>             Defendants. | Civil Action No.: 07 - 8648 (SCR)<br><br>ECF CASE<br><br><br>**CERTIFICATE OF SERVICE** |

---------------------------------------------------------------- X

    I, MICHAEL J. KOZORIZ, ESQ., a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that on the date indicated below, I caused to be served, by the manner indicated below, copies of Defendant Pecora Corporation's Reply in Support of Motion to Dismiss, in the above-captioned civil action, to all counsel of record, to wit:

    Kevin J. Madonna, Esq.  (VIA ECF)
    Kennedy & Madonna LLP
    48 Dewitt Mills Road
    Hurley, New York 12443
    *Attorneys for Plaintiff*

    Robert Wright, Esq.  (VIA ECF)
    White and Williams LLP
    One Penn Plaza, Suite 1801
    New York, New York 10119
    *Attorneys for Defendants,*
    *Monsanto Company and Pharmacia Corporation*

said addresses being the last known addresses by said parties for that purpose.

PHLDMS1 4123098v.1

-2-

Dated: March 20, 2008                               Respectfully submitted,

                                                     **WHITE AND WILLIAMS LLP**
                                                     *Attorneys for Defendant, Pecora Corporation*

                                                 By:     /s/ Michael J. Kozoriz
                                                       MICHAEL J. KOZORIZ (MK-1929)
                                                       One Penn Plaza, Suite 1801
                                                       New York, New York 10119
                                                       (212) 244-9500

PHLDMS1 4123098v.1