**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- X

YORKTOWN CENTRAL
SCHOOL DISTRICT,

                      Plaintiff,

   -vs.-

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,

                      Defendants.
---------------------------------------------------------------- X

Civil Action No.:  07 - 8648
(SCR)

ECF CASE

**NOTICE OF MOTION**
**TO DISMISS THE FIRST**
**AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the

United States District Court for the Southern District of New York, United States Courthouse,

300 Quarropas Street, Room 265, White Plains, New York, Defendant Pecora Corporation, by

and through its attorneys, White and Williams LLP, will move pursuant to Fed. R. Civ. Pro.

12(b)(6) for an Order dismissing the First Amended Complaint.

The within motion will be based on this Notice of Motion, the documents that contained

ECF Entry Nos. 19, 20, 21, 22, 23, 43, and 44, and Certification In Support of Motion to

Dismiss.

A proposed form of Order is attached.

Dated: March 21, 2008

Respectfully submitted,
**WHITE AND WILLIAMS LLP**
*Attorneys for Defendant, Pecora Corporation*

By: _____
    MICHAEL J. KOZORIZ (MK- 1929)
    One Penn Plaza, Suite 1801
    New York, New York 10119
    (212) 244-9500

TO:     Kevin J. Madonna, Esq.  (VIA ECF AND FEDERAL EXPRESS)
        Kennedy & Madonna LLP
        48 Dewitt Mills Road
        Hurley, New York 12443
        *Attorneys for Plaintiff*

        Robert Wright, Esq.  (VIA ECF AND E-MAIL)
        White and Williams LLP
        One Penn Plaza, Suite 1801
        New York, New York 10119
        *Attorneys for Defendants,*
        *Monsanto Company and Pharmacia Corporation*