THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
YORKTOWN CENTRAL　　　　　　　　　　Civil Action No.: 07 - 8648
SCHOOL DISTRICT,　　　　　　　　　　　(SCR)
　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　ECF CASE

-vs.-
　　　　　　　　　　　　　　　　　　　**ORDER**

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,
　　　　　　　　　Defendants.
------------------------------------------------------------------ X

　　　THIS MATTER having come before the Court upon application of White and Williams LLP, attorneys for Defendant, Pecora Corporation, for an Order dismissing the First Amended Complaint with prejudice, and the Court having considered opposition, by Kennedy & Madonna, LLP, attorneys for Plaintiff, Yorktown Central School District, and for good and sufficient cause shown,

　　　It is on this _____ day of _____ 2008;

　　　**ORDERED** that Pecora Corporation's motion to dismiss the First Amended Complaint is GRANTED; and it is further

　　　**ORDERED** that Plaintiff's claim for punitive damages is stricken; and it is further

　　　**ORDERED** that the First Cause of Action set forth in the First Amended Complaint is dismissed with prejudice; and it is further

　　　**ORDERED** that the Second Cause of Action set forth in the First Amended Complaint is dismissed with prejudice; and it is further

PHLDMS1 4124435v.1

**ORDERED** that the Third Cause of Action set forth in the First Amended Complaint is dismissed with prejudice; and it is further

**ORDERED** that the Fourth Cause of Action set forth in the First Amended Complaint is dismissed with prejudice; and it is further

**ORDERED** that the Fifth Cause of Action set forth in the First Amended Complaint is dismissed with prejudice; and it is further

**ORDERED** that the Sixth Cause of Action set forth in the First Amended Complaint is dismissed with prejudice; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within ____ days hereof.

So Ordered: _____
HON. STEPHEN C. ROBINSON, U.S.D.J.