THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
YORKTOWN CENTRAL　　　　　　　　　　　Civil Action No.: 07 - 8648
SCHOOL DISTRICT,　　　　　　　　　　　　(SCR)
　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　ECF CASE

-vs.-

　　　　　　　　　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION and
JOHN DOES 1-20,
　　　　　　　　　　　Defendants.
------------------------------------------------------------------ X

　　　　I, MICHAEL J. KOZORIZ, ESQ., a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that on the date indicated below, I caused to be served, by the manner indicated below, copies of Defendant Pecora Corporation's Motion to Dismiss the First Amended Complaint, in the above-captioned civil action, to the following counsel of record for the parties:

　　Kevin J. Madonna, Esq.  (VIA ECF AND FEDERAL EXPRESS)
　　Kennedy & Madonna LLP
　　48 Dewitt Mills Road
　　Hurley, New York 12443
　　*Attorneys for Plaintiff*

　　Robert Wright, Esq.  (VIA ECF AND E-MAIL)
　　White and Williams LLP
　　One Penn Plaza, Suite 1801
　　New York, New York 10119
　　*Attorneys for Defendants,*
　　*Monsanto Company and Pharmacia Corporation*

said addresses being the last known addresses by said parties for that purpose.

PHLDMS1 4124463v.1

-2-

Dated: March 21, 2008

Respectfully submitted,
**WHITE AND WILLIAMS LLP**
*Attorneys for Defendant, Pecora Corporation*

By: _____
MICHAEL J. KOZORIZ (MK- 1929)
One Penn Plaza, Suite 1801
New York, New York 10119
(212) 244-9500