THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| YORKTOWN CENTRAL SCHOOL DISTRICT,<br><br>      Plaintiff,<br><br>-against-<br><br>MONSANTO COMPANY, PHARMACIA CORPORATION, PECORA CORPORATION and JOHN DOES 1-20,<br><br>      Defendants. | Civil Action No.: 07 - 8648 (SCR)<br><br>ECF CASE<br><br>**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

---

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the United States District Court for the Southern District of New York, United States Courthouse, 300 Quarropas Street, Room 265, White Plains, New York, Defendants Monsanto Company and Pharmacia Corporation, by and through their attorneys, White and Williams LLP, will move pursuant to Fed. R. Civ. Pro. 12(b)(6) for an Order dismissing the First Amended Complaint.

The within motion will be based on this Notice of Motion, the documents that are contained within ECF Entry Nos. 9, 12, 13, 14, 16, and 41, and Certification In Support of Motion to Dismiss.

A proposed form of Order is attached.

Date: March 21, 2008

                By: s/ Robert Wright
                  ROBERT WRIGHT (RW- 0971)
                  THOMAS M. GOUTMAN (*Admitted Pro Hac Vice*)
                  **WHITE AND WILLIAMS LLP**
                  One Penn Plaza, Suite 1801
                  New York, New York 10119
                  Phone: (212) 244-9500
                  Email: wrightr@whiteandwilliams.com
                  *Attorneys for Defendants*
                  *Monsanto Company and*
                  *Pharmacia Corporation*