# EXHIBIT 2

# EXHIBIT 2

- **Query**    Reports ▼    Utilities ▼   - **Logout**

ECF

# U.S. District Court
# United States District Court for the Southern District of New York (White Plains)
# CIVIL DOCKET FOR CASE #: 7:07-cv-08648-SCR

| | |
|---|---|
| Yorktown Central School District v. Monsanto Company et al | Date Filed: 10/05/2007 |
| Assigned to: Judge Stephen C. Robinson | Jury Demand: None |
| Cause: 28:2201 Constitutionality of State Statute(s) | Nature of Suit: 385 Prop. Damage Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Yorktown Central School District**   represented by   **Kevin Joseph Madonna**
Kennedy & Madonna, LLP
48 Dewitt Mills Rd
Hurley, NY 12443
(845) 331-7514
Fax: 845-230-3111
Email: kmadonna@kennedymadonna.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F. Kennedy, Jr.**
Kennedy & Madonna, L.L.P.
48 DeWitt Mills Road
Hurley, NY 12443
(845) 331-7514
Fax: (845) 230-3111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Monsanto Company** | represented by | **Rafael Vergara**<br>White and Williams LLP(NJ)<br>The Atrium, East 80 Route 4<br>Paramus, NJ 07652<br>201-368-7200<br>Fax: 201-368-7240<br>Email: vergarar@whiteandwilliams.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Pharmacia Corporation** | represented by | **Rafael Vergara**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Pecora Corporation** | represented by | **I. Steven Levy**<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103<br>(215) 864-7130<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael John Kozoriz**<br>White and Williams LLP(NJ)<br>The Atrium, East 80 Route 4<br>Paramus, NJ 07652<br>212 631-4412<br>Fax: 212 244-6200<br>Email: kozorizm@whiteandwilliams.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle D. Coburn**<br>White and Williams LLP<br>1800 One Liberty Place<br>Phildelphia, PA 19103<br>(215) 864-6355<br>Fax: (215) 789-7516<br>Email: coburn@whiteandwilliams.com<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Defendant**

**1-20 John Does**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2007 | 1 | COMPLAINT against Monsanto Company, Pharmacia Corporation, Pecora Corporation, John Does. (Filing Fee $ 350.00, Receipt Number 624672)Document filed by Yorktown Central School District.(laq) Additional attachment(s) added on 10/25/2007 (Becerra, Maribel). (Entered: 10/09/2007) |
| 10/05/2007 |  | SUMMONS ISSUED as to Monsanto Company, Pharmacia Corporation, Pecora Corporation, John Does. (laq) (Entered: 10/09/2007) |
| 10/05/2007 |  | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 10/09/2007) |
| 10/05/2007 |  | Case Designated ECF. (laq) (Entered: 10/09/2007) |
| 10/05/2007 |  | AMENDED SUMMONS ISSUED as to Monsanto Company, Pharmacia Corporation, Pecora Corporation (different addresses from original issued summons). (gco) (Entered: 10/10/2007) |
| 10/18/2007 | 2 | NOTICE OF CASE REASSIGNMENT to Judge Charles L. Brieant. Judge P. Kevin Castel is no longer assigned to the case. (jeh) (Entered: 10/25/2007) |
| 10/18/2007 |  | Magistrate Judge Mark D. Fox is so redesignated. (jeh) (Entered: 10/25/2007) |
| 10/25/2007 |  | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Kevin Joseph Madonna for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 1 Complaint to: case_openings@nysd.uscourts.gov. (jeh) (Entered: 10/25/2007) |
| 11/09/2007 | 6 | NOTICE OF CASE REASSIGNMENT to Judge Stephen C. Robinson. Judge Charles L. Brieant is no longer assigned to the case. (fk) (Entered: 11/14/2007) |

SDNY CM/ECF Version 3.1.1
Case 7:07-cv-08648-SCR   Document 50-3   Filed 03/21/2008   Page 5 of 10

| | | |
|---|---|---|
| 11/13/2007 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Monsanto Company served on 10/25/2007, answer due 11/14/2007. Service was accepted by Sabrina Ambrose, Managing Agent. Document filed by Yorktown Central School District. (Madonna, Kevin) (Entered: 11/13/2007) |
| 11/13/2007 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Pecora Corporation served on 10/30/2007, answer due 11/19/2007. Service was accepted by Connie Class, Executive Assistant. Document filed by Yorktown Central School District. (Madonna, Kevin) (Entered: 11/13/2007) |
| 11/13/2007 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Pharmacia Corporation served on 10/25/2007, answer due 11/14/2007. Service was accepted by Sabrina Ambrose, Managing Agent. Document filed by Yorktown Central School District. (Madonna, Kevin) (Entered: 11/13/2007) |
| 11/19/2007 | 7 | AFFIDAVIT OF SERVICE of Notice of Reassignment served on Monsanto Company, Pharmacia Corporation, and Pecora Corporation on 11/19/07. Service was made by MAIL. Document filed by Yorktown Central School District. (Madonna, Kevin) (Entered: 11/19/2007) |
| 11/20/2007 | 8 | ENDORSED LETTER addressed to Hon. Stephen C. Robinson from Robert Wright dated 11/16/2007 re:...requested that Your Honor grant the extension of time to answer or otherwise plead to make the answer or pleading of Pharmacia Corp. due on Dec. 4, 2007..... ENDORSEMENT: APPLICATION GRANTED. (Signed by Judge Stephen C. Robinson on 11/19/07) (jma) (Entered: 11/21/2007) |
| 12/04/2007 | 9 | MOTION to Dismiss. Document filed by Monsanto Company, Pharmacia Corporation.(Vergara, Rafael) (Entered: 12/04/2007) |
| 12/04/2007 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Monsanto Company.(Vergara, Rafael) (Entered: 12/04/2007) |
| 12/04/2007 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Pfizer, Inc. as Corporate Parent. Document filed by Pharmacia Corporation.(Vergara, Rafael) (Entered: 12/04/2007) |

https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?826212122422316-L_889_0-1 (4 of 9)3/20/2008 3:25:27 PM

| | | |
|---|---|---|
| 12/04/2007 | 12 | AFFIDAVIT of Robert Wright in Support re: 9 MOTION to Dismiss.. Document filed by Monsanto Company, Pharmacia Corporation. (Vergara, Rafael) (Entered: 12/04/2007) |
| 12/04/2007 | 13 | MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss.. Document filed by Monsanto Company, Pharmacia Corporation. (Vergara, Rafael) (Entered: 12/04/2007) |
| 12/04/2007 | 14 | PROPOSED MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss. *PROPOSED FORM OF ORDER*. Document filed by Monsanto Company, Pharmacia Corporation. (Vergara, Rafael) (Entered: 12/04/2007) |
| 12/04/2007 | 15 | CERTIFICATE OF SERVICE of Notice of motion to dismiss the complaint, dated December 4, 2007, along with all of its supporting papers and exhibits served on Kevin J. Madonna, Esquire on December 4, 2007. Service was made by Mail. Document filed by Monsanto Company, Pharmacia Corporation. (Vergara, Rafael) (Entered: 12/04/2007) |
| 12/04/2007 | 16 | AFFIDAVIT of Robert Wright in Support re: 9 MOTION to Dismiss.. Document filed by Monsanto Company, Pharmacia Corporation. (Attachments: # 1 Exhibit Complaint of 10/5/07) (Vergara, Rafael) (Entered: 12/04/2007) |
| 12/18/2007 | 17 | NOTICE OF APPEARANCE by Michael John Kozoriz on behalf of Pecora Corporation (Kozoriz, Michael) (Entered: 12/18/2007) |
| 12/19/2007 | 18 | ENDORSED LETTER addressed to Hon. Stephen C. Robinson from Kevin J. Madonna dated 12/14/2007 re:.....Plaintiff's respectfully request an extension to respond until January 31, 2008.... ENDORSEMENT: APPLICATION GRANTED. (Signed by Judge Stephen C. Robinson on 12/19/07) (jma) (Entered: 12/21/2007) |
| 01/18/2008 | 19 | FIRST MOTION to Dismiss. Document filed by Pecora Corporation. Responses due by 2/14/2008(Kozoriz, Michael) (Entered: 01/18/2008) |
| 01/18/2008 | 20 | DECLARATION of Michael J. Kozoriz, Esq. in Support re: 19 FIRST MOTION to Dismiss.. Document filed by Pecora Corporation. (Attachments: # 1 Exhibit 1)(Kozoriz, Michael) (Entered: 01/18/2008) |

| | | |
|---|---|---|
| 01/18/2008 | 21 | MEMORANDUM OF LAW in Support re: 19 FIRST MOTION to Dismiss.. Document filed by Pecora Corporation. (Kozoriz, Michael) (Entered: 01/18/2008) |
| 01/18/2008 | 22 | DECLARATION of proposed form of Order submitted by Michael J. Kozoriz, Esq. in Support re: 19 FIRST MOTION to Dismiss.. Document filed by Pecora Corporation. (Kozoriz, Michael) (Entered: 01/18/2008) |
| 01/18/2008 | 23 | AFFIRMATION of Certificate of Service by Michael J. Kozoriz, Esq. in Support re: 19 FIRST MOTION to Dismiss.. Document filed by Pecora Corporation. (Kozoriz, Michael) (Entered: 01/18/2008) |
| 01/23/2008 | 24 | ENDORSED LETTER addressed to Honorable Stephen C. Robinson from Kevin J. Madonna dated 01/18/2008 re: reqest extension until 02/14/2008. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Stephen C. Robinson on 01/22/2008). TIME TO RESPOND TO MONSANTO'S AND PHARMACIA'S JOINT MOTION TO DISMISS DUE 02/14/2008. (gco) (Entered: 01/24/2008) |
| 01/24/2008 | 25 | MOTION for IRVING STEVEN LEVY to Appear Pro Hac Vice. Document filed by Pecora Corporation.(gco) (Entered: 01/28/2008) |
| 01/24/2008 | 26 | MOTION for MICHELLE D. COBURN to Appear Pro Hac Vice. Document filed by Pecora Corporation.(gco) (Entered: 01/28/2008) |
| 02/14/2008 | 27 | RESPONSE in Opposition re: 9 MOTION to Dismiss., 19 FIRST MOTION to Dismiss.. Document filed by Yorktown Central School District. (Madonna, Kevin) (Entered: 02/14/2008) |
| 02/14/2008 | 28 | AMENDED COMPLAINT amending 1 Complaint, against Monsanto Company, Pharmacia Corporation, Pecora Corporation, John Does.Document filed by Yorktown Central School District. Related document: 1 Complaint, filed by Yorktown Central School District.(jma) (Entered: 02/15/2008) |
| 02/15/2008 | | SUMMONS ISSUED as to Monsanto Company, Pharmacia Corporation, Pecora Corporation, John Does. (jma) (Entered: 02/15/2008) |

| | | |
|---|---|---|
| 02/25/2008 | 29 | ENDORSED LETTER addressed to Hon. Stephen C. Robinson from Rafael Vergara dated 02/21/2008 re: extension of time. ENDORSEMENT: Defendants' (Monsanto Company and Pharmacia Corporation) time to reply is extended to 3/20/2008.., ( Replies due by 3/20/2008.) (Signed by Judge Stephen C. Robinson on 02/25/2008) (gco) (Entered: 02/27/2008) |
| 02/25/2008 | 30 | ENDORSED LETTER addressed to Hon. Stephen C. Robinson from Michael Kozoriz dated 02/21/2008 re: extension of time. ENDORSEMENT: Defendant Pecora Corporation's time to reply is extended to 3/20/2008.., ( Replies due by 3/20/2008.) SO ORDERED. (Signed by Judge Stephen C. Robinson on 02/25/2008) (gco) (Entered: 02/27/2008) |
| 02/29/2008 | 31 | ORDER granting 26 Motion for Michelle D. Coburn, Esq. to Appear Pro Hac Vice. (Signed by Judge Stephen C. Robinson on 02/29/2008) (jma) (Entered: 03/03/2008) |
| 02/29/2008 | 32 | ORDER granting 25 Motion for I. Steven Levy to Appear Pro Hac Vice. (Signed by Judge Stephen C. Robinson on 02/29/2008) (jma) (Entered: 03/03/2008) |
| 03/06/2008 | 33 | AFFIDAVIT OF SERVICE. Monsanto Company served on 2/26/2008, answer due 3/17/2008; Pharmacia Corporation served on 2/26/2008, answer due 3/17/2008; Pecora Corporation served on 2/26/2008, answer due 3/17/2008. Service was made by MAIL. Document filed by Yorktown Central School District. (Madonna, Kevin) (Entered: 03/06/2008) |
| 03/06/2008 | 34 | MOTION for Thomas M. Goutman to Appear Pro Hac Vice. Document filed by Monsanto Company, Pharmacia Corporation. (dle) (Entered: 03/07/2008) |
| 03/10/2008 | | CASHIERS OFFICE REMARK on 34 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 03/06/2008, Receipt Number 643979. (jd) (Entered: 03/10/2008) |
| 03/11/2008 | 35 | SCHEDULING ORDER: Case Management Conference set for 3/28/2008 at 10:00 AM before Judge Stephen C. Robinson. Joinder of Parties due by 5/4/2009. Amended Pleadings due by 6/4/2009. (Signed by Judge Stephen C. Robinson on 3/10/08) (fk) (Entered: 03/12/2008) |

| | | |
|---|---|---|
| 03/12/2008 | 36 | MEMO ENDORSED ORDER granting 34 Motion for Thomas M. Goutman to Appear Pro Hac Vice...Thomas Goutman is admitted pro hac vice for all matters in this case. Application Granted. (Signed by Judge Stephen C. Robinson on 3/12/08) (fk) (Entered: 03/14/2008) |
| 03/14/2008 | 40 | MOTION for Neil E. McWilliams to Appear Pro Hac Vice. Document filed by Yorktown Central School District.(dle) (Entered: 03/18/2008) |
| 03/17/2008 | 37 | RULE 26 DISCLOSURE.Document filed by Yorktown Central School District.(Madonna, Kevin) (Entered: 03/17/2008) |
| 03/18/2008 | 38 | MOTION for Brian Barr to Appear Pro Hac Vice. Document filed by Yorktown Central School District.(dle) (Entered: 03/18/2008) |
| 03/18/2008 | 39 | MOTION for Amanda Slevinski to Appear Pro Hac Vice. Document filed by Yorktown Central School District.(dle) (Entered: 03/18/2008) |
| 03/20/2008 | 41 | REPLY MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss.. Document filed by Monsanto Company, Pharmacia Corporation. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Vergara, Rafael) (Entered: 03/20/2008) |
| 03/20/2008 | | CASHIERS OFFICE REMARK on 40 Motion to Appear Pro Hac Vice, 38 Motion to Appear Pro Hac Vice, 39 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 03/18/2008, Receipt Number 644977. (jd) (Entered: 03/20/2008) |
| 03/20/2008 | 42 | CERTIFICATE OF SERVICE of Reply in Support of Motion to Dismiss Amended Complaint, dated March 20, 2008, along with its supporting papers and exhibits served on Kevin J. Madonna, Esq. on March 20, 2008. Service was made by Mail. Document filed by Monsanto Company, Pharmacia Corporation. (Vergara, Rafael) (Entered: 03/20/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/20/2008 15:22:23 | | |
| **PACER Login:** | ww0721 | **Client Code:** |

| **Description:** | Docket Report | **Search Criteria:** | 7:07-cv-08648-SCR |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.32 |