UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YORKTOWN CENTRAL
SCHOOL DISTRICT,

        Plaintiff,

vs.

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION AND
JOHN DOES 1-20.

        Defendants.

Civil Action No. 07-CIV-8648

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Kevin J. Madonna attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: NEIL E. MCWILLIAMS, JR.

    Firm Name: Levin Papantonio

    Address: 316 South Baylen Street – Suite 600

    City/State/Zip: Pensacola, Florida 32502

    Phone Number: (850) 435-7074

    Fax Number: (850) 436-6074

    Email Address: NMcWilliams@levinlaw.com

is admitted to practice pro hac vice as counsel for Yorktown Central School District in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 25, 2008
City, State: White Plains, NY.

_____
United States District Judge Stephen C. Robinson