THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | |
|---|---|
| **YORKTOWN CENTRAL SCHOOL DISTRICT,** | Civil Action No.: 07-8648 (SCR) |
| **Plaintiff,** | |
| -against- | <u>ECF CASE</u> |
| **MONSANTO COMPANY,** **PHARMACIA CORPORATION,** **PECORA CORPORATION and** **JOHN DOES 1-20,** | |
| **Defendants.** | NOTICE OF APPEARANCE |

-----------------------------------------------------------X

**TO THE CLERK OF SAID COURT:**

Kindly enter my appearance as counsel on behalf of defendants, Monsanto Company and Pharmacia Corporation, in the above-captioned matter.

            **WHITE AND WILLIAMS LLP**

            By: _____s/ Thomas M. Goutman_____
                  Thomas M. Goutman (TMG-30236)
                  1800 One Liberty Place
                  Philadelphia, PA 19103-7395
                  (215) 864-6392
                  goutmant@*whiteandwilliams.com*

                  *Attorneys for defendants,*
                  *Monsanto Company and Pharmacia*
                  *Corporation*

Dated:  March 28, 2008

-2-

## CERTIFICATE OF SERVICE

      I, Thomas M. Goutman, Esquire, counsel for Defendants, Monsanto Company and Pharmacia Corporation, hereby certify that on **March 28, 2008,** the foregoing Notice of Appearance was filed electronically and made available for viewing and downloading from the ECF system to:

    Kevin J. Madonna, Esquire
    Robert F. Kennedy, Jr., Esquire
    KENNEDY & MADONNA, LLP
    48 Dewitt Mills Road
    Hurley, NY  12443

                **WHITE AND WILLIAMS LLP**

                By: _____
                    Thomas M. Goutman (TMG-30236)
                    1800 One Liberty Place
                    Philadelphia, PA 19103-7395
                    (215) 864-7057
                    goutmant@*whiteandwilliams.com*

                    *Attorneys for Defendants,*
                    *Monsanto Company and Pharmacia*
                    *Corporation*

PHLDMS1 4120459v.1