UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
YORKTOWN CENTRAL
SCHOOL DISTRICT,                              Civil Action No. 07-CIV-8648
                                              (SCR)

                Plaintiff,        ECF CASE

                vs.              **CERTIFICATE OF SERVICE**

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION AND
JOHN DOES 1-20.

                Defendants.

---------------------------------------------------------x

    I, KEVIN J. MADONNA, ESQ., a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that on the date indicated below, I caused to be served, by the manner indicated below, copies of Plaintiff's Surreply in Opposition of Motion to Dismiss Amended Complaint, in the above-captioned civil action, to the following counsel of record:

| | |
|---|---|
| Robert Wright, Esq. (Via ECF) | Michael J. Kozoriz (Via ECF) |
| White & Williams, LLP | White & Williams, LLP |
| One Penn Plaza, Suite 1801 | One Penn Plaza, Suite 1801 |
| New York, NY  10119 | New York, NY  10119 |
| *Attorneys for Defendants,* | *Attorneys for Defendant,* |
| *Monsanto Company* | *Pecora Corporation* |
| *& Pharmacia Corporation* | |

Dated: April 4, 2008                Respectfully submitted,

                                         Kevin Madonna /s/
                                         Kevin J. Madonna (KM-5595)
                                         Kennedy & Madonna, LLP
                                         48 Dewitt Mills Road
                                         Hurley, New York 12443
                                         845-331-7514
                                         kmadonna@kennedymadonna.com
                                         Attorneys for Plaintiff Yorktown School District