UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
YORKTOWN CENTRAL
SCHOOL DISTRICT,                              Civil Action No. 07-CIV-8648
                                              (SCR)

               Plaintiff,            ECF CASE

               vs.                   **CERTIFICATE OF SERVICE**

MONSANTO COMPANY,
PHARMACIA CORPORATION,
PECORA CORPORATION AND
JOHN DOES 1-20.

               Defendants.

------------------------------------------------------------x

      I, KEVIN J. MADONNA, ESQ., a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that on the date indicated below, I caused to be served, by the manner indicated below, copies of Plaintiff's Surreply in Opposition of Motion to Dismiss Amended Complaint, in the above-captioned civil action, to the following counsel of record:

Robert Wright, Esq. (Via email)
White & Williams, LLP
One Penn Plaza, Suite 1801
New York, NY  10119
*Attorneys for Defendants,*
*Monsanto Company*
*& Pharmacia Corporation*

Dated: April 4, 2008                          Respectfully submitted,

                                                  Kevin Madonna /s/
                                                  Kevin J. Madonna (KM-5595)
                                                  Kennedy & Madonna, LLP
                                                  48 Dewitt Mills Road
                                                  Hurley, New York 12443
                                                  845-331-7514
                                                  kmadonna@kennedymadonna.com
                                                  Attorneys for Plaintiff Yorktown School District